## UNITED STATES DISTRICT COURT
### for the
### MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **AARON ABADI,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 6:22-cv-01343-PGB-DAB |
| | : | |
| **WALT DISNEY PARKS AND** | : | |
| **RESORTS U.S. INC. and JARED** | : | |
| **FIELDS,** | : | |
| Defendants. | : | |

## PLAINTIFF'S MOTION TO FILE ELECTRONICALLY

## THROUGH CM/ECF

COMES NOW Plaintiff, *pro se*, with this unopposed motion and respectfully

asks the Court for permission to participate in electronic case filing ("e-filing") in

this case through the Court's CM/ECF system.

I, Aaron Abadi, affirm under penalty of perjury that:

1)  I have reviewed the Court's Electronic Case Filing Rules & Information

available on the court's website, and I agree to abide by them.

2)  I have a pacer account and have been using it for a while.

3)  I have experience with e-filing, and have been authorized in other courts.

1

4)  I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5)  I understand that if I am granted permission to participate in e-filing, I must file my documents electronically.

6)  I know how to convert a document to PDF-A format.

7)  I have regular access to the technical requirements necessary to e-file successfully:

a. I have a Dell Inspiron 14 7000 laptop computer that I will be using.

b. I am proficient in Microsoft Word and have that software on my computer.

c. I have an e-mail account that I use regularly, that I will use to receive notifications from the Court, and notices from the e-filing system, and I check it multiple times each day.

d. I have a scanner to convert documents that are only in paper for-mat into electronic files. The scanning equipment I will be using is the HP - LaserJet Pro MFP M227fdn.

e. I have the Adobe Acrobat program 2015 Release Version 2015.006.30527, that can read and create pdf files, and I am proficient in its use.

f. I will be using a printer and/or copier to create required paper copies such as chambers copies, on the printer/scanner above.

8) I am aware that pdf documents are required in order to file electronically, and that they must be fully searchable.

9) I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

10) I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

11) The opposing attorneys would be happy if I can file electronically. They actually thought that I already was.

WHEREFORE, I request the Court to allow me to file electronically through the CM/ECF system.

Respectfully submitted this 16th day of August, 2022.

/s/ Aaron Abadi
AARON ABADI, Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
516-639-4100
Email: aa@neg.com

CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022 a copy of the forgoing motion

has been electronically filed with the Clerk of the Court via the CM/ECF

system, which will send a notice of electronic filing to all counsel of record

and the parties on the service list.


/s/ Aaron Abadi          August 16, 2022
Aaron Abadi, Plaintiff