UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AARON ABADI,

    Plaintiff,

 v.

WALT DISNEY PARKS AND
RESORTS U.S., INC. and JARED
FIELDS,

    Defendants.

Case No: 6:22-cv-1343-PGB-DAB

**DECLARATION OF KATIE
STRETCH**

Pursuant to 28 U.S.C. § 1746, I, Katie Stretch, hereby declare as follows:

1. I am a Senior Vice President, Worldwide Safety, Health, Engineering, and Sourcing at Walt Disney Parks and Resorts U.S., Inc. My job responsibilities include guest and cast safety at Disney parks around the world, including Walt Disney World Resort in Florida and Disneyland Resort in California.

2. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in court.

3. I am over eighteen years of age and am otherwise competent to testify.

4. Currently, Walt Disney World Resort in Florida does not require visitors to wear masks when in general attendance at the park. Attached hereto as Exhibit 1 is Walt Disney World's current policy on face coverings, available on its website at the URL provided. *See Top Things You Should Know*, "Face Coverings," Disney World,

https://disneyworld.disney.go.com/experience-updates/#drawer-card-faceCoverings ("Face coverings are optional for Guests in both outdoor and indoor locations, as well as Disney transportation.") (visited Oct. 25, 2022).

5.   Currently, Disneyland Resort in California does not require visitors to wear masks when in general attendance at the park.  Attached hereto as Exhibit 2 is Disneyland's current policy on face coverings, available on its website at the URL provided.  *See Top Things You Should Know*, "Face Coverings," Disneyland, https://disneyland.disney.go.com/experience-updates/ ("It is strongly recommended that Guests wear face coverings when indoors and in enclosed transportation.  It is optional to wear face coverings in outdoor common areas.") (visited Oct. 25, 2022).

EXECUTED this 25th day of October, 2022, in Orlando, Florida.

_____
Katie Stretch