**EXHIBIT 1**

Case 6:22-cv-01343-PGB-DAB   Document 41-2   Filed 10/25/22   Page 2 of 6 PageID 99

# Returning to a World of Magic

Get ready to rediscover Walt Disney World Resort.
Here's what to know before you go.

## Welcome Back to Walt Disney World Resort

As we have done since reopening, we've been very intentional and gradual in our approach to our COVID-19 health and safety protocols. Based on recent trends and regulatory guidance, Walt Disney World Resort will be making adjustments to these measures, which may continue to change at any time without notice.

We encourage people to get vaccinated.

Some images shown throughout this website may not represent current operational guidelines.

## Top Things You Should Know

Here are the top things to know as you prepare to visit:

Face Coverings

Face coverings are optional for Guests in both outdoor and indoor locations, as well as Disney transportation. It is recommended Guests who are not fully vaccinated continue wearing face coverings in all indoor locations, including indoor attractions and theaters and on enclosed transportation.

Please note, face coverings are not permitted while experiencing water slides or in the water.

^ Top

### Park Reservations

Park attendance is managed via the Disney Park Pass reservation system.



Read More

### Face Coverings

Optional for Guests. Recommended for Guests who are not fully vaccinated in indoor locations and enclosed transportation.



Show Less

### Cleanliness & Sanitation

Our ongoing commitment to cleanliness and sanitation.



Read More

### Innovative Technology

Make the most of the magic with helpful technology.



Read More

##  COVID-19 Warning

An inherent risk of exposure to COVID-19 exists in any public place where people are present. COVID-19 is an extremely contagious disease that can lead to severe illness and death. According to the Centers for Disease Control and Prevention, senior citizens and Guests with underlying medical conditions are especially vulnerable.

By visiting Walt Disney World Resort you voluntarily assume all risks related to exposure to COVID-19.

Help keep each other healthy.

## Health Acknowledgement

Please make sure that you have reviewed any advisories or restrictions that may be in place for travel to Florida for international travelers. By entering Walt Disney World Resort, you are confirming that you and all persons in your party:

- are not experiencing any of the following symptoms of COVID-19 identified by the Centers for Disease Control and Prevention at CDC.gov, including:
  - Fever or chills
  - Cough
  - Shortness of breath or difficulty breathing
  - Fatigue
  - Muscle or body aches
  - Headache
  - New loss of taste or smell
  - Sore throat
  - Congestion or runny nose
  - Nausea or vomiting
  - Diarrhea
- do not need to quarantine due to close contact with someone with confirmed or suspected COVID-19
- are not under any self-quarantine orders

Guests who cannot confirm all of the above criteria must not enter Walt Disney World Resort. If at any point during their visit a Guest does not meet all of the above criteria, they and their traveling party will be required to isolate and may be relocated or asked to leave the property.

If you need to reschedule your reservation, please call the Disney Reservation Center.

By entering Walt Disney World Resort, you acknowledge that you understand and will abide by the above health-and-safety requirements.

## Important Information

Theme parks, Disney Resort hotels, restaurants, attractions, experiences and other offerings may be modified, limited in capacity and subject to limited availability or closure.

Additionally, attractions, experiences (such as shows and parades), services and amenities may have limited availability or may remain closed. We will provide more information as it becomes available. We reserve the right to cancel any reservations, admission media or purchases and provide applicable refunds.

# Your Guide to Experiences and Updates

## Theme Parks and Tickets

Find information on park entry, tickets, available experiences and more. Learn More.

## Disney Park Pass System

Discover how to make theme park reservations—which are required for park entry. Learn More.

## Dining

Get details about dining changes—including reservations, payments and dining plans. Learn More.

## Disney Resort Hotels and Activities

Learn about updates to check-in, transportation, housekeeping, dining, amenities, activities and more. Learn More.

## Events, Tours and Experiences

Explore changes to special events, tours, recreation and other premium activities. Learn More.

## Disney Springs

Plan your visit to this waterside shopping, dining and entertainment complex. Learn More.