**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AARON ABADI,

           Plaintiff,

   v.

WALT DISNEY PARKS AND
RESORTS U.S., INC. and JARED
FIELDS,

           Defendants.

Case No: 6:22-cv-1343-PGB-DAB

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 3.01(i), Defendants Walt Disney Parks and Resorts

U.S., Inc. ("WDPR") and Jared Brouillard (named in the Complaint as Jared Fields)

(collectively, "Defendants") hereby give notice of the Florida Commission on Human

Relations' (FCHR) Determination of No Reasonable Cause, issued on November 18,

2022. *See* Determination: No Reasonable Cause, *Abadi v. Walt Disney World Parks and*

*Resorts, U.S. Inc.*, FCHR No. 202231091 (Nov. 18, 2022) ("The Florida Commission

on Human Relations (Commission) has completed its investigation of this matter. The

Office of General Counsel has completed its review of the investigation and finds that

it is unlikely that unlawful discrimination occurred in this matter … I have determined

that no reasonable cause exists to believe that an unlawful practice occurred.").[1]  As

---

[1] As per Local Rule 3.01(i), the Determination is attached as Exhibit A to this Notice
since it is not readily available.

provided for in Fla. Stat. Ann. § 760.11(7), Mr. Abadi has requested an administrative hearing regarding the FCHR matter.

Pursuant to Local Rule 3.01(i)(2), this notice supplements WDPR's motion to dismiss Mr. Abadi's Florida Civil Rights Act (FCRA) claim for failure to exhaust. *See* Doc. 41, Defendants' Motion To Dismiss Plaintiff's Complaint And Accompanying Memorandum Of Law, at 17-18. Because Mr. Abadi's FCRA claim is now pending before the Florida Division of Administrative Hearings, it remains unexhausted and should be dismissed. *See* Fla. Stat. Ann. § 760.11(3), (7).

Dated this <u>13th</u> day of December, 2022.

Respectfully submitted,

<u>/s/ Mary Ruth Houston</u>
Mary Ruth Houston, Esq.
Florida Bar No.: 834440
E-mail: mhouston@shutts.com
Paul J. Scheck, Esq.
Florida Bar No. 028487
E-mail: pscheck@shutts.com
**SHUTTS & BOWEN LLP**
300 South Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316

Alan E. Schoenfeld (*pro hac vice*)
E-mail: alan.schoenfeld@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

/s/ Mary Ruth Houston
Counsel

3