**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| AARON ABADI,<br><br>              Plaintiff,<br><br>     v.<br><br>WALT DISNEY PARKS AND<br>RESORTS U.S., INC. and JARED<br>FIELDS,<br><br>              Defendants. | Case No: 6:22-cv-1343-PGB-DAB |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Aaron Abadi, and Defendants Walt Disney Parks and Resorts U.S., Inc. and Jared Brouillard (collectively, "Defendants"), by and through their undersigned counsel and pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of this action in its entirety, with prejudice, with each party to bear its or his own attorney's fees and costs.

Dated this 2nd day of February, 2023.

/s/ Aaron Abadi
Aaron Abadi
Aaron Abadi
82 Nassau Street Apt 140
New York, NY 10038
(516) 639-4100
aa@neg.com

/s/ Mary Ruth Houston
Mary Ruth Houston, Esq.
Florida Bar No.: 834440
E-mail: mhouston@shutts.com
Paul J. Scheck, Esq.
Florida Bar No. 028487
E-mail: pscheck@shutts.com

*Plaintiff (Pro Se)*

**SHUTTS & BOWEN LLP**
300 South Orange Ave., Suite 1600
Orlando, FL  32801
Telephone: (407) 423-3200
Facsimile:   (407) 425-8316

Alan E. Schoenfeld (pro hac vice)
E-mail: alan.schoenfeld@wilmerhale.com
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
7 World Trade Center
New York, NY 10007
Telephone:  (212) 230-8800

*Attorneys for Defendants*