**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AARON ABADI,**

       **Plaintiff,**

**v.**                                 **Case No: 6:22-cv-1343-PGB-DAB**

**WALT DISNEY PARKS AND**
**RESORTS U.S. INC. and JARED**
**FIELDS,**

       **Defendants.**
_____/

**<u>ORDER</u>**

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, filed February 2, 2023. (Doc. 48). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Walt Disney Parks and Resorts U.S., Inc. and Jared Fields (Brouillard) are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending motions and thereafter close the file.

**DONE AND ORDERED** in Orlando, Florida on February 3, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties